Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **James Vrana,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case Number: 22-cv-4032 |
| **FedEx Freight, Inc.,** | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff James Vrana's action against Defendant FedEx Freight, Inc. is dismissed with prejudice.

**Dated: 11/4/2022**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court